IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| VAN BOWMAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. SA-23-CV-1451-FB |
| § | |
| ALLY FINANCIAL, INC.; EXPERIAN § | |
| INFORMATION SOLUTIONS, INC.; § | |
| EQUIFAX INFORMATION SERVICES, LLC; § | |
| and TRANS UNION, LLC, § | |
| § | |
| Defendants. § | |

### ORDER REINSTATING CASE ON DOCKET, DISMISSAL OF CASE AND FINAL JUDGMENT

Before the Court is the status of the above styled and numbered cause. On July 31, 2024, this Court entered an Order of Administrative Closure (docket #39) based on the Notices of Settlement as to Defendants Ally Financial, Inc. and Experian Information Solutions, Inc. and the request for 60 days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court. On August 2, 2024, a Stipulation of Dismissal with Prejudice as to Defendant Ally Financial, Inc. (docket #40) was filed, and on August 16, 2024, a Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc. (docket numbers 41 and 42) was filed. Previously, on July 26, 2024, a Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC (docket #38) was filed, and on April 3, 2024, a Stipulation of Dismissal with Prejudice as to Defendant Trans Union, LLC was filed. Therefore, the record reflects that stipulations of dismissal have been filed as to all of the defendants in this case.

Because Stipulations of Dismissal with Prejudice have been filed as to all of the defendants in this case, IT IS HEREBY ORDERED that the case is REOPENED and REINSTATED on the Court's docket and will be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, based on the Stipulations of Dismissal with Prejudice (docket numbers 28, 38, 40, 41 and 42), IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiff's causes of action against Defendants Trans Union, LLC; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and Ally Financial, Inc. are hereby DISMISSED with prejudice, to the refiling of the same, with court costs and attorneys' fees to be paid by the party incurring the same. Motions pending, if any, are also DISMISSED, and this case is CLOSED.

It is so ORDERED.

SIGNED this 31st day of August, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE